No. 92–5911.  HATHAWAY v. PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 92–5969.  MARSTON v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 92–5980.  BLUMBERG v. YLST, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 92–5993.  JAMESON ET UX. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6012.  LOCKE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6055.  PALACIOS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–6060.  BISARD v. SCOTT, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 92–6091.  HERNANDEZ VASQUEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 92–6130.  DANTONI v. VIRGINIA MILLS, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 92–6139.  PACKER v. GARRETT, SECRETARY OF THE NAVY, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 92–6243.  RAMSEY v. CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–6248.  FAILE v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 92–6252.  BURDINE v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.  C. A. 7th Cir.  Certiorari denied.

No. 92–6258.  MONTOYA v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.